ALLEN HYMAN, ESQ. (State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
P: (818) 763-6289
F: (818) 763-4676
Attorneys for Plaintiff
VISUAL ENTERTAINMENT, INC.

VINCENT L. RAVINE (State Bar No. 206432)
KYLE RAMBEAU (State Bar No. 278549)
LAW OFFICES OF VINCE RAVINE
6553 Louise Avenue
Lake Balboa, CA  91406
P: (818) 776-0082
F: (818) 776-8117
Attorney for Defendants OUR ALCHEMY, LLC f/k/a Defendant MILLENNIUM ENTERTAINMENT, LLC & VIRGO INVESTMENT GROUP, LLC

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| VISUAL ENTERTAINMENT, INC., a Corporation Charted in the Province of Ontario, Canada | CASE NO. 2:15-cv-01450-RGK (ASx) |
|---|---|
| Plaintiff, | (~~PROPOSED~~) ORDER |
| v. | |
| MILLENNIUM ENTERTAINMENT, LLC, a Limited Liability Company organized under the State of Delaware; VIRGO INVESTMENT GROUP, LLC, a Limited Liability Company; BILL LEE, an individual; OUR ALCHEMY, LLC, a Delaware Limited Liability Company, | |
| Defendants. | |

Upon the Stipulation of the parties, by and through their counsel, the Court finds and orders as follows:

///

///

1

**(PROPOSED) ORDER**

1.     Visual Entertainment, Inc. ("VEI") has sued the defendants arising out of agreements between VEI and Millennium Entertainment, LLC ("MILLENNIUM").

2.     By and through their counsel, the parties stipulate to an Order that provides that defendant Bill Lee ("LEE") and Virgo Investment Group, LLC ("VIRGO") are to be dismissed without prejudice and by this Order, the Court dismisses defendants LEE and VIRGO without prejudice.

3.     By and through their counsel, the remaining parties, VEI and Our Alchemy, LLC ("ALCHEMY")  f/k/a MILLENNIUM, have stipulated to an Order to arbitrate the claims asserted in the Complaint.  This Court orders and directs that plaintiff VEI and defendant ALCHEMY are to arbitrate the disputes between them before JAMS Los Angeles, 555 West Fifth Street, 32nd Floor, Los Angeles, CA 90013, before a single arbitrator in accordance with JAMS Comprehensive Arbitration Rules and Procedures.

4.     The Court orders this case to be placed on the inactive list.  The Court will retain jurisdiction to enforce its Order directing arbitration and to confirm the arbitrator's award.

Dated: June 11, 2015

_____
U.S. DISTRICT COURT JUDGE